## OSBORN *v.* OSBORN and Another.

On appeal from the judgment of a justice of the peace to the Common Pleas or Circuit Court, it is not error to suffer an amendment in the latter Court, making a necessary new party.

APPEAL from the *Hendricks* Common Pleas.

*Per Curiam.*—Suit before a justice of the peace by the appellees against the appellant, upon a promissory note made by the appellant to one *Furnace.* The note was not endorsed by *Furnace* to the plaintiff.

The cause being appealed to the Common Pleas, the defendant moved to dismiss for want of proper parties, whereupon the plaintiff interposed a motion for leave to make *Furnace* a party defendant, to answer as to his interest. Leave was thus granted and *Furnace* was made a defendant, and he appeared and answered. On the trial there was a judgment for the plaintiff. We are of opinion that *Furnace* was properly made a party, and that there is no error in the record.

The judgment below is affirmed, with costs and 5 per cent. damages.

*Nave & Witherow*, for the appellant.